UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY DOMINIC NABON, JR.,

    Plaintiff,

    v.

GARY SWARTHOUT, et al.,

    Defendants.

No.  2:13-cv-2208 KJN P

ORDER TO SHOW CAUSE

    By an order filed October 25, 2013, plaintiff was ordered to file a completed in forma pauperis affidavit and certified trust account statement within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  On November 4, 2013, plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).

    The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.  Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, within fourteen days, why this action should not be dismissed without prejudice.

Dated:  December 4, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/nabo2208.osc

1