1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TROY MABON,                                Case No. 2:13-cv-2208 WBS KJN (PC)

12                              Plaintiff,

13              v.                             ORDER

14

15   SWARTHOUT, et al.,

16                              Defendants.

17

18        Plaintiff is a state prisoner proceeding pro se with a civil rights action.  Defendants filed a

19   motion to modify the December 15, 2014 discovery and scheduling order, with plaintiff's

20   consent, based on circumstances outside the parties' control.  Good cause appearing, IT IS

21   HEREBY ORDERED that the motion to modify the discovery and scheduling order (ECF No.

22   32) is granted.  The parties may conduct discovery until June 2, 2015.  Any motions necessary to

23   compel discovery shall be filed by that date.  All pretrial motions, except motions to compel

24   discovery, shall be filed on or before August 25, 2015.  In all other respects, the December 15,

25   2014 order remains in effect.

26   Dated:  April 16, 2015

27

28   /mabo2208.41r                             KENDALL J. NEWMAN
                                               UNITED STATES MAGISTRATE JUDGE