IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY MABON,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SWARTHOUT, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:13-cv-2208 WBS KJN<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL** |

　　On August 25, 2015, Defendants Swarthout, Arthur, Blackwell, Hardy, Jackura, Jefferson, Marquez, McGriff, Soria, Stauss, and Yehuda filed a request to file documents in support of their motion for summary judgment, under seal. Good cause having been showed, IT IS HEREBY ORDERED that:

　　1. Defendants' request to file documents under seal (ECF No. 42) is granted; the accompanying 34 page request and attachments provided *in camera* shall be filed under seal; and

　　2. The documents shall remain sealed until the termination of this action, at which time, they will either be destroyed or returned to defense counsel.

Dated:  February 4, 2016

/mabo2208.seal

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE